UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>THE GOOD GUYS PROVISION CO. INC.,<br><br>Debtors. | CHAPTER 7<br><br>CASE NO. 24-12269-CJP |
| DONALD R. LASSMAN, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF THE GOOD GUYS PROVISION CO. INC.,<br><br>Plaintiff,<br><br>v.<br><br>REDDY RAW, INC.,<br><br>Defendant. | ADV. PROC. NO. 26-01084 |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Fed. Rule Civ. P. 41(a)(1) made applicable to this proceeding by Bankruptcy Rule 7041, plaintiff Donald R. Lassman, chapter 7 trustee of The Good Guys Provision Co. Inc. (the “Trustee”) voluntarily dismisses this adversary proceeding and all claims asserted herein. As a basis for this voluntary dismissal, the Trustee states that after he filed the Complaint initiating this adversary proceeding counsel for the defendant, Reddy Raw, Inc. (the “Defendant”) provided documents and information indicating that the Defendant has a full subsequent new value defense to the Trustee’s claims, and that further prosecution of this proceeding is not in the best interests of the bankruptcy estate or its creditors.

Respectfully Submitted,

DONALD R. LASSMAN, TRUSTEE OF THE BANKRUPTCY ESTATE OF THE GOOD GUYS PROVISION, CO. INC.,

By his attorneys,

*/s/ Josephine E. Ban*

Josephine E. Ban, Esq. BBO #717269
Jonathan M. Horne, Esq. BBO #673098
Harris Beach Murtha Cullina PLLC
33 Arch Street, 12th Floor
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
jban@harrisbeachmurtha.com
jhorne@harrisbeachmurtha.com

Date: September 3, 2026

**CERTIFICATE OF SERVICE**

I, Josephine E. Ban, hereby certify that on September 3, 2026, a true copy of the foregoing pleading was filed through the ECF system, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and via first class mail postage prepaid, and e-mail upon the following:

Jeffrey Traurig, Esq.
Traurig Law LLC
43 West 43rd Street, Suite 73
New York, NY 10036
jtraurig@trauriglaw.com

*/s/ Josephine E. Ban*
Josephine E. Ban